JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-9954-PA (KSx) | Date | February 1, 2021 |
|---|---|---|---|
| Title | Ed Hull v. 1353 West Rosecrans, LLC et al | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Gabriela Garcia (video) | Anne Kielwasser (video) | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Anoush Hakimi (video) | Offer Grinwald (video) | |

**Proceedings:**  Settlement Conference

The parties have reached a settlement. The parties recite the terms of the settlement on the record. Each party states their understanding and approval of the essential terms of the settlement. The Court dismisses this action without prejudice. All dates in this action, including the trial date are vacated.

IT IS SO ORDERED.

|  | : | 18 |
|---|---|---|
|  | Initials of Preparer | gga |

cc: