ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**ED HULL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL,<br><br>  Plaintiff,<br><br>  v.<br><br>1353 WEST ROSECRANS, LLC, a California limited liability company; R ROSECRANS, LLC, a California limited liability company; Z ROSECRANS, LLC, a California limited liability company; AND DOES 1-10,<br><br>  Defendants. | Case No.: 2:20-cv-09954-PA-KS<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

Plaintiff Ed Hull requests that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants 1353 West Rosecrans, LLC, a California limited liability company; R Rosecrans, LLC, a California limited liability company; Z Rosecrans, LLC, a California

limited liability company, from Plaintiff's Complaint, Case Number 2:20-cv-09954-PA-KS. The parties herein reached settlement of the present action. Each party will be responsible for its own fees and costs.

Dated: February 17, 2021          **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Peter Shahriari
    Peter Shahriari, Esq.
    Attorneys for Plaintiff, Ed Hull

PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS