# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL,<br><br>    Plaintiff,<br><br>    v.<br><br>1353 WEST ROSECRANS, LLC, a California limited liability company; R ROSECRANS, LLC, a California limited liability company; Z ROSECRANS, LLC, a California limited liability company; AND DOES 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-09954-PA-KS<br><br>*Hon. Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  October 28, 2020<br>Trial Date:      Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendants 1353 West Rosecrans, LLC, a California limited liability company; R Rosecrans, LLC, a California limited liability company; and Z Rosecrans, LLC, a California limited liability company is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  February 18, 2021

_____
Percy Anderson
United States District Judge